**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAWN WENTWORTH,<br><br>                            Plaintiff,<br><br>     v.<br><br>DENISE PARCO; SOUTHWEST AIRLINES,<br><br>                            Defendants. | Case No. 22-cv-0571-BAS-KSC<br><br>**ORDER DISMISSING CASE** |

On April 16, 2021, Ms. Dawn Wentworth, on her own behalf and on behalf of her two children, Yaw Appiah and Journee Hudson, filed 74 complaints in this federal district court.  Many of these complaints are duplicative, suing the same defendants with the same allegations.  The Court issued an order consolidating most of the cases.  (Case No. 21-cv-00757-BAS-AGS, Electronic Case Filing ("ECF") No. 5.)  The Court also issued an order setting a hearing to discuss Ms. Wentworth's many lawsuits.  (*Id.*, ECF No. 8.)  Ms. Wentworth did not appear at the hearing.  (*Id.*, ECF No. 10.)

One of the cases the Court did not consolidate is *Wentworth v. Southwest Airlines HQ*, No. 21-cv-00702-BAS-AGS. In that case, the Court granted Ms. Wentworth's Motion to Proceed *In Forma Pauperis* ("IFP") and dismissed the Complaint because it did not state a claim. (No. 21-cv-00702-BAS-AGS, ECF No. 4.) The Court ordered Ms. Wentworth to file an Amended Complaint by September 3, 2021. (*Id.*, ECF No. 4.) She did not, so the Court closed the case.

Ms. Wentworth then filed another action seeking $13 million in damages from Southwest Airlines, claiming she was injured by a "Southwest supervisor." (No. 21-cv-01943, ECF No. 1.) Ms. Wentworth also stated: "This case was previously filed 4/2021 with the U.S. District Court." (*Id.*) The Court dismissed this second action because it was duplicative. (*Id.*, ECF No. 5.)

Ms. Wentworth now files a third action, which is again duplicative of the prior two cases involving Southwest Airlines. She has not paid the filing fee or filed a motion to proceed IFP. Hence, the Court need go no further. The Court **DISMISSES WITHOUT PREJUDICE** this action.

      **IT IS SO ORDERED.**

**DATED: April 29, 2022.**

Hon. Cynthia Bashant
United States District Judge